```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MARK J. GATTUSO, SR., et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 11-5763 (JBS/AMD) |
| v. | **ORDER** |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES, et al., | |
| Defendants. | |

This matter having come before the Court upon the motion of Defendants New Jersey Department of Human Services and New Jersey Division of Disability Services [Docket Item 18], and upon Plaintiffs' motion to strike the certification of Anita Lubrano [Docket Item 23]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this **25th** day of **July, 2012** hereby

ORDERED that Defendants' motion to dismiss for lack of subject matter jurisdiction is **GRANTED**; and it is further

ORDERED that Plaintiffs' motion to strike is **DENIED AS MOOT**; and it is further

ORDERED that Plaintiffs' Complaint shall be **DISMISSED WITHOUT PREJUDICE**, and it is further

ORDERED that the Clerk shall terminate the action upon the docket.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge